IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ALAN GROCHOWSKI, SR.,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**RESORT LEGAL SERVICE, LLC,**<br><br>*Defendant.* | Case No. 22-cv-14321-MOORE/MCCABE<br><br>**CLASS ACTION** |

## JOINT STIPULATION FOR ORDER TRANSFERRING ACTION

Plaintiff Alan Grochowski, Sr. and Defendant Resort Legal Service, LLC hereby stipulate to the transfer of this action to the Eastern District of Missouri.

Pursuant to 28 U.S.C. § 1404(a), the Court may transfer an action in the interest of justice and for the convenience of the parties. Here, the parties consent to the transfer because they agree that it is in the interests of justice and convenient to litigate this matter in the Eastern District of Missouri where Defendant Resort Legal Service is headquartered.

Accordingly, the parties so stipulate and respectfully request that the Court enter an Order transferring this action to the Eastern District of Missouri.

DATED this 21st day of December, 2022.   Respectfully submitted,

/s/ *Avi R. Kaufman*

Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorneys for Plaintiff and the putative classes*

*/s/ Arthur D. Goldman (with permission)*

**Arthur D. Goldman**
**Law Office of Arthur D. Goldman**
Mailing Address:
P.O. Box 115
Paoli, PA 19301
Physical Address:
1800 E. Lancaster Ave
Suite M
Paoli, PA 19301
TEL: 484-343-2856
FAX: 610-296-7730

*Attorneys for Defendant*